UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                Case No. 94-81259-5

DARRELL ATKINS,

    Defendant.
                                                         /

**ORDER DIRECTING DEFENSE COUNSEL TO FILE A STATEMENT
REGARDING ELIGIBILITY**

The matter is before the court on a determination for a possible reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2). The court appointed the Federal Defender's Office "to determine eligibility, confer with the Probation Department and the U.S. Attorney's Office, and gather the pertinent information to assist the court in expeditiously resolving any pending or intended 18 U.S.C. § 3582(c) motions." (1/26/09 Order at 1.) To date, nothing has been submitted to the court by defense counsel. Accordingly,

IT IS ORDERED that defense counsel is DIRECTED to file **by July 15, 2009,** a statement indicating whether Defendant is eligible for a sentence modification pursuant to 18 U.S.C. § 3582(c).

                                                      s/Robert H. Cleland
                                                      ROBERT H. CLELAND
                                                      UNITED STATES DISTRICT JUDGE

Dated: June 22, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 22, 2009, by electronic and/or ordinary mail.

      s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522